## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:08-CR-240-T-17-TBM

JAMES ROBERTSON
_____/

### ORDER

This cause comes before the Court on the defendant's motion for transfer to Coleman Federal Correctional Institution pending trial (Docket No. 30). The Court does not the authority to direct the placement of the defendant by the Marshal's service. The Marshal and the Bureau of Prisons have that authority. Accordingly, it is.

**ORDERED** that the defendant's motion for transfer to Coleman Federal Correctional Institution pending trial (Docket No. 30) be **denied** for lack of jurisdiction. But the Court strongly recommends that the Marshal's service consider complying with the defendant's request for other placement pending trial.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 17th day of December, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record

Case 8:08-cr-00240-EAK-TBM   Document 32   Filed 12/18/08   Page 2 of 2 PageID 53